UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER L. WILD, doing business as ALEX WILD PHOTOGRAPHY,<br><br>        Plaintiff,<br><br>    v.<br><br>BENCHMARK PEST CONTROL, INC.,<br><br>        Defendant. | Case No.: 1:15-cv-01876- JLT<br><br>ORDER GRANTING STIPULATION TO CLOSE THE CASE<br><br>(Doc. 27) |

On May 18, 2016, the parties filed a stipulation to dismiss the entire action. (Doc. 27) The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Once the stipulation is filed, no further action by the Court is required. Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is **DIRECTED** to close this action in light of the voluntary dismissal with prejudice filed and properly signed pursuant to Rule 41.

IT IS SO ORDERED.

Dated:   **May 19, 2016**              **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE